UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ADEE AVENUE CORP.

                                      Case No.

                    Debtor

-------------------------------------------------------x

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

  I Sam Rihan, declare under penalty of perjury that I am the President of ADEE AVENUE CORP., a New York Corporation and that on May 8, the following resolution was adopted by the Board of Directors of this Corporation.:

   "WHEREAS, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

   Be It Therefore Resolved, that Sam Rihan , President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

   Be it Further Resolved, that Sam Rihan , President of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

   Be It Further Resolved that Sam Rihan, President of this Corporation, is authorized and directed to employ Peter F. Anderson, Jr., attorney and the the law firm of Peter F. Anderson, Jr. to represent the Corporation in such bankruptcy case"

Dated: May 8, 2010                s/s   Sam Rihan

                                                            _____
                                                            Sam Rihan, President
                                                            ADEE AVENUE CORP.